IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Arzhang Boloorian - #188140      CV 10 80 131 MISC
_____/

**ORDER TO SHOW CAUSE**

It appearing that Arzhang Boloorian has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective May 15, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before July 23, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Arzhang Boloorian
235 2nd Ave Apt 1N
New York, NY 10003