**FILED**

JUL 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Arzhang Boloorian,

    State Bar No 188140

No CV-10-80131 MISC VRW

ORDER

On June 10, 2010, the court issued an order to show cause (OSC) why Arzhang Boloorian should not be removed from the roll of attorneys authorized to practice law before this court based on his inactive enrollment by the State Bar of California.

The OSC was mailed to Mr Boloorian's address of record with the State Bar on June 10, 2010. Mr Boloorian's response to the OSC was due on July 23, 2010. On July 21, 2010, Mr Boloorian contacted the clerk by phone to advise that he was back on active status and awaiting a certificate from the State Bar. He requested an additional 30 days to file his response.

The California State Bar web site now indicates that Mr Boloorian is on active status as of July 19, 2010, and may practice law in California.

1  The OSC is therefore discharged.  The clerk is directed to
2 close the file.
3  IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Arzhang Boloorian,

Case Number: CV10-80131 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arzhang Boloorian
235 2nd Ave, Apt 1N
New York, NY 10003

Dated: July 28, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*